**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7165**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH ROSHAUN REID,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge.  (0:04-cr-00353-CMC-1)

Submitted:  October 14, 2021                                      Decided:  October 19, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kenneth Roshaun Reid, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Roshaun Reid filed motions for a sentence reduction under section 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, § 404(b), 132 Stat. 5194, 5222, for compassionate release under 18 U.S.C. § 3582(c)(1)(A), and challenging the validity of his federal convictions. The district court denied and dismissed the motions by order dated September 1, 2020. Reid appealed, and this court affirmed in part and dismissed the appeal in part. *United States v. Reid*, 839 F. App'x 817, 818 (4th Cir. 2021) (No. 20-7392). Reid noticed a second appeal from the district court's denial order. Because we previously affirmed the district court's judgment in part and dismissed Reid's prior appeal in part, we dismiss this appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*